# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division  
701 East Broad Street  
Richmond, VA 23219

**Case Number**   21−30582−KRH  
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher E Owens  
7710 Hudson Drive  
Henrico, VA 23229

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):  
   Debtor: xxx−xx−6457

Employer Tax−Identification (EIN) No(s).(if any):  
   Debtor:  NA

## NOTICE THAT DEBTOR IS INELIGIBLE FOR DISCHARGE

Upon review of the Debtor(s) previously filed case(s), notice is hereby given that Debtor Christopher E Owens is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtor has received a discharge in a case filed under chapter 7, 11, 12, or 13 within the period of time specified under 11 U.S.C.§727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty−one (21) days from the date of this notice.

Dated:  February 26, 2021                                           For the Court,

                                                                     William C. Redden, Clerk  
[ntcrepeatdb.jsp]                                                    United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 21-30582-KRH

Christopher E Owens  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: ntcrepdb | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Christopher E Owens, 7710 Hudson Drive, Henrico, VA 23229-3326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Mark Winslow | on behalf of Debtor Christopher E Owens chris@chriswinslow.com bankruptcy@wmmlegal.com;r44317@notify.bestcase.com;winslowbk@gmail.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Suzanne E. Wade | ecfsummary@ch13ricva.com trustee@ch13ricva.com;fred@cmc13.net |

TOTAL: 3