UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond

IN RE: Christopher E Owens

Debtor(s)

Case No. 21-30582-BFK
Chapter 13

**ORDER**

On February 26, 2021, the Court issued its notice that it appeared from the record of previously filed cases that the debtor(s) Christopher E Owens is/are ineligible for a discharge pursuant to 11 U.S.C. § 727(a)(8), (9), or § 1328(f) in the instant case. The notice further instructed that any objections contesting the record must be filed with the clerk within 21 days from the date of the notice. No such objections having been received by the Court, it is

**ORDERED** that debtor(s) Christopher E Owens is/are ineligible for discharge in this case, and the clerk is instructed that a discharge as to the ineligible debtor(s) shall not be entered in this case.

Date: Jan 23 2026

/s/ Brian F Kenney
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
Jan 23 2026

[oineldis ver. 05/23]